# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1450

_____

A & J HOLDINGS, LLC, and
SOUTH WALTON PROPERTIES,
LLC,

      Appellants/Cross Appellees,

      v.

CALYPSO TOWERS RESORT
COMMUNITY ASSOCIATION, INC.,
THE CALYPSO GROUP, LLC, THE
CALYPSO DEVELOPERS I, LLC,
THE CALYPSO DEVELOPERS II,
LLC, and THE CALYPSO
DEVELOPERS III, LLC,

      Appellees/Cross Appellants.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Jr., Judge.

December 4, 2024

PER CURIAM.

Upon consideration of Appellants' response, filed September 11, 2024, to the Court's show cause order dated September 3, 2024, the Court dismisses the appeal and cross-appeal for lack of jurisdiction.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen E. Syfrett of Syfrett Law, PLLC, Panama City; Martin B. Sipple and Alexandrea Akre of Ausley & McMullen, P.A., Tallahassee, for Appellants/Cross-Appellees.

Christine R. Davis of Davis Appeals, PLLC, Tallahassee; Mark F. Robens of Stichter, Riedel, Blain & Postler, P.A., Tampa, and Jodi Daniel Dubose of Stichter, Riedel, Blain & Postler, P.A., Pensacola; Matthew R. Cogburn of Cogburn Law Firm, P.A., Tampa, for Appellees/Cross-Appellants.